UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

GUSTAVO AZAN,

    Plaintiff

v.                                    Civ. No. 97-2522(PG)

UNITED STATES OF AMERICA,             (Cr. No. 93-318(PG))

    Defendant

## O R D E R

The matter before the Court is the unopposed magistrate judge's report and recommendation concerning Gustavo Azan's motion under 28 U.S.C. §2255.

The grounds raised by Azan in his motion were duly and thoroughly analyzed by the U.S. Magistrate Judge, who found that Azan's claims were procedurally barred and without merit. The Court agrees with the magistrate judge's analysis and conclusions.

The unopposed report and recommendation is hereby **APPROVED and ADOPTED**. For the reasons therein stated Azan's 2255 motion is hereby **DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 30 , 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge