ENTERED ON DOCKET
9/1/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

GUSTAVO AZAN,

  Petitioner

  v.        Civ. No. 97-2522 (PG)
            (Cr. No. 93-318 (PG))
UNITED STATES OF AMERICA,

  Respondent

## JUDGMENT

The Court having entered an order dismissing petitioner's 2255 motion, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, August 30, 1999.

              JUAN M. PEREZ-GIMENEZ
              U. S. District Judge

AO 72A
(Rev.8/82)